


ORIGINAL FILED

08 MAY -7 AM 11: 32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                      Plaintiff, )
                               v. )
SUSAN L. BOULWARE )
                              Defendant(s). )

Case No. C 95-0030M (PJH)

SUBSTITUTION OF ATTORNEY FOR PLAINTIFF

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that MICHAEL COSENTINO is substituted for ESKANOS AND ADLER as attorney for the plaintiff, United States of America, under a contractual agreement with the plaintiff. The new information is as follows:

    MICHAEL COSENTINO
    Attorney at Law
    P.O. Box 129
    Alameda, CA 94501
    Phone: 510-523-4702
    Fax:   510-747-1640

Please amend your records to reflect this change.

Pursuant to Local Civil Rule 11-5(b), the plaintiff, through the undersigned Assistant United States Attorney, consents to the withdrawal of ESKANOS AND ADLER

///

///

1 | as the substitution of the Law Office of Michael Cosentino as substituted counsel.

Respectfully Submitted,

Date: 5-1-08

DOUGLAS K. CHANG,
Assistant United States Attorney

Date: April 3, 2008

MICHAEL COSENTINO
Counsel for the United States

Date: 4/11/08

ESKANOS AND ADLER
By: IRWIN J, ESKANOS

IT IS SO ORDERED

Phyllis J. Hamilton
United States District Judge
MAY - 9 2008

Date

USA v. Susan L. Boulware, Substitution of Attorney, CAND # C 95-0030M (PJH)

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the within above-entitled action; my business address is: P.O. Box 129, Alameda, CA 94501.

On May 5, 2008, I served the **SUBSTITUTION OF ATTORNEY FOR PLAINTIFF** thereon on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office box at Alameda, California addressed as follows:

Susan L. Boulware, Ph.D
1330 Ridgeway Drive
Sacramento, CA 95822

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2008, at Alameda, California.

*D. Bauman*
D. Bauman

USA v. Susan L. Boulware, Ph.D
Case No. C 95-0030M (PJH)
Substitution of Attorney For Plaintiff; Proof of Service